# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Tawanda Greer-Medley,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 3:20-cv-1369-GCS |
| | ) |
| **Board of Trustees of Southern Illinois University,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL ACTION

**SISON, Magistrate Judge:**

Pursuant to the Order entered by this Court on January 16, 2025 (Doc. 124), this case has been dismissed with prejudice with each party to bear its own costs.

IT IS SO ORDERED.

DATED: February 19, 2025

MONICA A. STUMP, Clerk of Court
*s/ Catina Simpson*
Deputy Clerk

Approved: *s/ Gilbert C. Sison*
Gilbert C. Sison, U.S. Magistrate Judge

Page | 1